# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:13-CR-00116-RJC-DSC

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JAMES SAMUEL HAMILTON JR., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 56), of the Indictment, (Doc. No. 1), as to James Samuel Hamilton Jr., without prejudice, following his plea to an Information in Case No. 3:13-cr-268.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 56), is **GRANTED** and the Indictment, (Doc. No. 1), is **DISMISSED** as to James Samuel Hamilton Jr., without prejudice.

Signed: December 2, 2013

Robert J. Conrad, Jr.
United States District Judge